# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

July 30, 2012

*By the Court:*

| No.: 12-1881 | GENNIE MILLER, <br> Plaintiff - Appellant <br><br> v. <br><br> CHICAGO PARK DISTRICT, <br> Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:10-cv-02662 <br> Northern District of Illinois, Eastern Division <br> District Judge Ronald A. Guzman ||

On June 6, 2012, the court ordered the appellant to show cause why the appeal should not be dismissed for failure to file an opening brief. The appellant responded, the Rule to Show Cause was suspended, and the appellant was ordered to file the opening brief by July 20, 2012. The order also warned that failure to file a brief by the due date would result in the dismissal of the appeal. The appellant has failed to file the required opening brief that was due on July 20. Accordingly,

**IT IS ORDERED** that the appeal is **DISMISSED** for failure to prosecute. *See* Cir. R. 31(c)(2).

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_FinalOrderWMandate**(form ID: **137**)